No. 01–5285. NAVARRO-RAMOS, AKA NAVARRO-ARTEAGA, AKA NAVARRO-ACOSTA v. UNITED STATES; and RIOS MARQUIS v.

UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 705.